## COMMISSIONER OF INTERNAL REVENUE v. UNITED AUTOGRAPHIC REGISTER CO.
### No. 5153.

Circuit Court of Appeals, Seventh Circuit.
Feb. 17, 1934.

Frank J. Wideman, of Washington, D. C., for petitioner.

Edward B. Lucius, of Chicago, Ill., for respondent.

**PER CURIAM.**

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on August 5, 1933, be, and the same is hereby, dismissed.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WATAB PAPER COMPANY.
### No. 9900.

Circuit Court of Appeals, Eighth Circuit.
Dec. 6, 1933.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

R. S. Doyle, of Washington, D. C., for respondent.

**PER CURIAM.**

Petition to review docketed and dismissed without costs to either party in this court, pursuant to stipulation of parties.

## Sidney Sol COOPER v. UNITED STATES of America.
### No. 6701.

Circuit Court of Appeals, Sixth Circuit.
Feb. 8, 1934.

Oscar Riopelle, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

**PER CURIAM.**

Docketed and dismissed pursuant to motion of appellee.